IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSHUN A. WHITE,  <br>    Petitioner,  <br> vs.  <br> A. P. KANE, Warden,  <br>    Respondent. | No. C 05-2416 CRB (PR)  <br><br> ORDER  <br><br> (Doc # 16) |

Petitioner has filed a notice of appeal and request to proceed in forma pauperis on appeal following the court's October 26, 2007 order denying on the merits his petition for a writ of habeas corpus. He also seeks appointment of counsel on appeal.

Good cause shown, petitioner's request to proceed in forma pauperis on appeal is GRANTED. His request for appointment of counsel on appeal is DENIED without prejudice to bringing it directly in the court of appeals.

The clerk is directed to process the appeal. A certificate of appealability is not required where, as here, a state prisoner is challenging a parole board's administrative decision to deny him parole. See Rosas v. Nielsen, 428 F.3d 1229, 1232 (9th Cir. 2005).

SO ORDERED.

DATED: Nov. 14, 2007

CHARLES R. BREYER  
United States District Judge

G:\PRO-SE\CRB\HC.05\White1.coa.wpd